Roman Otkupman, CSBN 249423
Roman@OLFLA.com
Rita Leong, CSBN 300058
Rita@OLFLA.com
OTKUPMAN LAW FIRM, A LAW CORPORATION
5950 Canoga Ave., Suite 550
Woodland Hills, CA 91367
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

Attorneys for Plaintiff
GUADALUPE AGUAYO


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
RYAN J. KRUEGER, Cal. Bar No. 293994
rkrueger@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:    213.620.1398

Attorneys for Defendant, VINCE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GUADALUPE AGUAYO,<br><br>        Plaintiff,<br><br>   v.<br><br>VINCE, LLC, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. CV 15-6484-GW(ASx)<br>Assigned to Hon. George H. Wu<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIMS FOR RELIEF WITH PREJUDICE**<br><br>[Joint Stipulation lodged currently herewith] |

-1-

1  The Court, having read and considered the Stipulation for Entry of Order Dismissing Plaintiff's Claims for Relief With Prejudice filed by Plaintiff Guadalupe Aguayo ("Plaintiff") and Defendant Vince, LLC ("Defendant"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all claims for relief asserted by Plaintiff against Defendant in this action are hereby dismissed with prejudice, with each party bearing her/its own attorneys' fees and costs.

Dated:  March 11, 2016

_____

Hon. George H. Wu

UNITED STATES DISTRICT JUDGE